Case 5:15-cr-50083-TLB   Document 1   Filed 10/28/15   Page 1 of 1 PageID #: 1

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

OCT 28 2015

DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 5:15CR50083-001 |
| | ) | 18 U.S.C. § 2261A(2) |
| v. | ) | |
| | ) | |
| JAMES DANIEL HOBGOOD | ) | |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

From about September 2014 to October 2015, in the Western District of Arkansas, Fayetteville Division, and elsewhere, the defendant, JAMES DANIEL HOBGOOD, with the intent to injure, harass, and intimidate another person, used the mail, any computer interactive service and electronic communication service and electronic communication system of interstate commerce and any other facility of interstate or foreign commerce, to engage in a course of conduct that attempted to cause and caused substantial emotional distress to the victim, all in violation of Title 18, United States Code, Sections 2261A(2).

A True Bill.

KENNETH ELSER
ACTING UNITED STATES ATTORNEY

/s/ Grand Jury Foreperson
Foreperson

By: _____
Denis Dean
Assistant U. S. Attorney
Arkansas Bar No. 2007182
414 Parker Ave
Fort Smith, AR  72901
479-249-9040
Denis.Dean@usdoj.gov