IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.                              CASE NO. 5:15-CR-50083

JAMES DANIEL HOBGOOD                                                        DEFENDANT

## ORDER

Now before the Court is the Government's Motion to Dismiss the Petition for Revocation of Supervised Release (Doc. 88).  The Petition (Doc. 74), which was filed on December 22, 2020, stated that Defendant failed to comply with his Probation Officer's instruction to remove certain sealed, confidential Court documents from an internet blog post that Defendant had authored.  As of the date of the Petition, Defendant still had not removed the requested information.

The Government now advises in its Motion to Dismiss that Defendant has deleted the internet blog post in its entirety.  Both Probation and the Government are satisfied with Defendant's compliance, and the Court agrees the Petition should be dismissed.

**IT IS THEREFORE ORDERED** that the Motion to Dismiss (Doc. 88) is **GRANTED**, the Petition for Warrant or Summons for Offender Under Supervision (Doc. 74) is **DISMISSED**, and the revocation hearing scheduled for February 11, 2021 is **TERMINATED**.

IT IS SO ORDERED on this 4th day of February, 2021.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE